### LEWIS *v.* DOUGLAS COUNTY CO-OPERATIVE STORE.

ATKINSON, J. The verdict in this case was required by the evidence, and it was erroneous for the judge to grant a new trial.

*Judgment reversed. All the Justices concur, except Fish, C. J., absent.*

Argued January 23,—Decided August 17, 1906.

Claim. Before Judge Bartlett. Douglas superior court. April 18, 1905.

*Joseph S. James,* for plaintiff in error.

*J. H. McLarty* and *Roberts & Hutcheson,* contra.